## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Brendan Reginbald

                          Plaintiff,

v.                                                  Case No.: 1:22−cv−05111
                                                            Honorable Edmond E. Chang

Fortress Acquisition Sponsor II LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 20, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The motion [3] to seal filed in this case, 22−cv−05111, is terminated as moot given the consolidation with 21−cv−6415. The currently sealed filings in this case may remain under seal because they have not been the basis for judicial decision−making. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.