# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brendan Reginbald

                         Plaintiff,

v.                                                    Case No.: 1:22−cv−05111
                                                           Honorable Edmond E. Chang

Fortress Acquisition Sponsor II LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2024:

       MINUTE entry before the Honorable Edmond E. Chang: Given the consolidation of this case with Ghaith v. ATI Physical Therapy, Inc., 1:21−cv−06415, and the filing in that case of the Second Amended Consolidated Complaint, this case is terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.